**Order entered October 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01082-CV

## IN THE INTEREST OF X.A.S., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86621**

## ORDER

Before the Court is appellant's October 7, 2019 motion to extend the time to file her brief on the merits. We **GRANT** the motion and extend the time to October 28, 2019. We caution appellant that further requests for extension in this accelerated appeal involving the termination of appellant's parental rights will be strongly disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE